UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
MANUEL GOMEZ,                                             :
                                                          :
                          Petitioner,                     :
                                                          :                    25 Civ. 10394 (JPC)
           -v-                                            :
                                                          :                    ORDER
KRISTI NOEM, *et al.*,                                    :
                                                          :
                          Respondents.                    :
                                                          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed under 28 U.S.C. § 2241, orders that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

By December 23, 2025, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, by January 5, 2026.

SO ORDERED.

Dated: December 16, 2025
       New York, New York                    _____
                                                    JOHN P. CRONAN
                                                 United States District Judge