UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                         :
MANUEL GOMEZ,                               :

                 Petitioner,                 :                 25 Civ. 10394 (JPC)

        -v-                                 :
                                        :                     ORDER
KRISTI NOEM, *et al.*,                 :

               Respondents.         :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       By March 20, 2026, the parties must submit a joint letter, not to exceed one page, updating the Court about the status of Petitioner's detention and immigration proceedings. By March 23, 2026, Petitioner must submit an additional letter, not to exceed eight single-spaced pages, addressing the Court's recent decisions in *Chen v. Almodovar*, No. 25 Civ. 9670 (JPC), 2026 WL 100761 (S.D.N.Y. Jan. 14, 2026), and *Flores Palma v. Arteta*, No. 25 Civ. 9340 (JPC), 2026 WL 697015 (S.D.N.Y. Mar. 12, 2026). Respondents may submit a letter response, not to exceed five single-spaced pages, no later than March 30, 2026.

       SO ORDERED.

Dated: March 13, 2026
       New York, New York

                                                    JOHN P. CRONAN
                                                  United States District Judge