UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                    :

MANUEL GOMEZ,                    :

                Petitioner,     :

                    :

       -v-              :       25 Civ. 10394 (JPC)

                    :

KRISTI NOEM, *et al.*,        :       ORDER

                    :

           Respondents.    :

                    :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By May 8, 2026, Respondents shall explain how the Second Circuit's recent decision in *da Cunha v. Freden*, No. 25-3141-pr (2d Cir. Apr. 28, 2026), Dkt. 78, affects this case.  In the event that Respondents oppose the Amended Petition, Petitioner may file a Second Amended Petition by May 15, 2026.  Respondents' deadline to respond to the Amended Petition or any Second Amended Petition is extended until May 22, 2026.

      SO ORDERED.

Dated: April 29, 2026
      New York, New York                     JOHN P. CRONAN
                                      United States District Judge